UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

PEDRO LUGO,

                      Plaintiff,

- against -

CHESTNUT RIDGE TRANSPORTATION, INC.,

                      Defendant.

07 CIV. 8322
(Judge Karas)

**RULE 7.1**
**STATEMENT**

------------------------------------------------

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CHESTNUT RIDGE TRANSPORTATION, INC. (a private non-governmental party) certifies that the following are corporate partners, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: October 16, 2007

                                                Signature of Attorney

                                                **Attorney Bar Code:**
                                                JKD - 6836