UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PEDRO LUGO,

                         Plaintiffs,

          - against -

CHESTNUT RIDGE TRANSIT, INC.,

                        Defendant.

07 CIV. 8322
Judge Karas

**ANSWER TO**
**COMPLAINT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant, CHESTNUT RIDGE TRANSPORTATION, INC., by its attorneys,

ALAN B. PEARL & ASSOCIATES, P.C., as and for their Answer to the Plaintiff's

Complaint, set forth as follows:

1. Defendant denies knowledge or information sufficient to form a belief as to each and
   every allegation contained in paragraph "1" of the Plaintiff's Complaint.

2. Defendant admits that Chestnut Ridge Transit, Inc. is a corporation organized under
   the laws of the State of New York and denies the remaining allegations in Paragraph
   "2".

3. Defendant denies each and every allegation contained in paragraph "3" of the
   Plaintiff's Complaint.

4. Defendant admits the allegations contained in paragraph "4" of the Plaintiff's
   Complaint.

5. Defendant admits the allegations contained in paragraph "5" of the Plaintiff's
   Complaint.

6. This paragraph contains no factual statement or legal conclusion and therefore does
   not require a response.

7.  Defendant admits that Plaintiff was hired by Defendant, Chestnut Ridge Transportation, Inc.

8.  Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "8" of the Plaintiff's Complaint.

9.  Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "9" of the Plaintiff's Complaint.

10. Defendant denies each and every allegation contained in paragraph "10" of the Plaintiff's Complaint.

11. Defendant denies each and every allegation contained in paragraph "11" of the Plaintiff's Complaint.

12. Defendant denies each and every allegation contained in paragraph "12" of the Plaintiff's Complaint.

13. Defendant denies each and every allegation contained in paragraph "13" of the Plaintiff's Complaint.

14. Defendant denies each and every allegation contained in paragraph "14" of the Plaintiff's Complaint.

15. Defendant denies each and every allegation contained in paragraph "15" of the Plaintiff's Complaint.

16. Defendant denies each and every allegation contained in paragraph "16" of the Plaintiff's Complaint.

17. Defendant admits the allegations contained in paragraph "17" if the Complaint.

18. Defendant denies each and every allegation contained in paragraph "18" of the Plaintiff's Complaint.

19. Defendant denies each and every allegation contained in paragraph "19" of the Plaintiff's Complaint.

20. Defendant denies each and every allegation contained in paragraph "20" of the Plaintiff's Complaint.

21. Defendant denies each and every allegation contained in paragraph "21" of the Plaintiff's Complaint.

22. Defendant denies each and every allegation contained in paragraph "22" of the Plaintiff's Complaint.

23. Defendant denies each and every allegation contained in paragraph "23" except admits use of a specific interest form.

24. Defendant denies each and every allegation contained in paragraph "24" except admits use of a specific interest form.

25.  Defendant denies each and every allegation contained in paragraph "25" of the Plaintiff's Complaint.

26. Defendant denies each and every allegation contained in paragraph "26" of the Plaintiff's Complaint.

27. Defendant denies each and every allegation contained in paragraph "27" of the Plaintiff's Complaint.

28. Defendant denies each and every allegation contained in paragraph "28" of the Plaintiff's Complaint.

29. Defendant denies each and every allegation contained in paragraph "29" of the Plaintiff's Complaint.

30. Defendant denies each and every allegation contained in paragraph "30" of the Plaintiff's Complaint.

3

31. Defendant denies each and every allegation contained in paragraph "31" of the Plaintiff's Complaint.

32. Defendant denies each and every allegation contained in paragraph "32" of the Plaintiff's Complaint.

33. Defendant denies each and every allegation contained in paragraph "33" of the Plaintiff's Complaint.

34. Defendant denies each and every allegation contained in paragraph "34" of the Plaintiff's Complaint.

35. Defendant denies each and every allegation contained in paragraph "35" of the Plaintiff's Complaint.

36. Defendant denies each and every allegation contained in paragraph "36" of the Plaintiff's Complaint.

37. Defendant denies each and every allegation contained in paragraph "37" of the Plaintiff's Complaint.

38. Defendant denies each and every allegation contained in paragraph "38" of the Plaintiff's Complaint.

39. Defendant denies each and every allegation contained in paragraph "39" of the Plaintiff's Complaint.

40. Defendant denies each and every allegation contained in paragraph "40" of the Plaintiff's Complaint.

41. Defendant denies each and every allegation contained in paragraph "41" of the Plaintiff's Complaint.

42. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "42" of the Plaintiff's Complaint.

4

## FIRST CLAIM FOR RELIEF – RACIAL DISCRIMINATION
## IN VIOLATION OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C.A. §2000E

43. Defendant repeats, reiterates and realleges each and every answer to the allegations
contained in paragraphs "1" through "42" with the same force and effect as if set
forth at length herein.

44. Defendant denies each and every allegation contained in paragraph "44" of the
Plaintiff's Complaint.

45. Defendant denies each and every allegation contained in paragraph "45" of the
Plaintiff's Complaint.

46. Defendant denies each and every allegation contained in paragraph "46" of the
Plaintiff's Complaint.

47. Defendant denies each and every allegation contained in paragraph "47" of the
Plaintiff's Complaint.

48. Defendant denies each and every allegation contained in paragraph "48" of the
Plaintiff's Complaint.

## SECOND CLAIM FOR RELIEF FOR RACIAL DISCRIMINATION IN
## ADMINISTERING ITS EMPLOYMENT CONTRACT, IN VIOLATION OF THE
## CIVIL RIGHTS ACT OF 1866, 42 U.S.C. §1981

49. Defendant repeats, reiterates and realleges each and every answer to the allegations
contained in paragraphs "1" through "48" with the same force and effect as if set
forth at length herein.

50. Defendant denies each and every allegation contained in paragraph "50" of the
Plaintiff's Complaint.

51. Defendant denies each and every allegation contained in paragraph "51" of the

Plaintiff's Complaint.

## SIXTH CLAIM FOR RELIEF – AGE DISCRIMINATION IN VIOLATION OF ADEA

52. Defendant repeats, reiterates and realleges each and every answer to the allegations

contained in paragraphs "1" through "51" with the same force and effect as if set

forth at length herein.

53. Defendant denies each and every allegation contained in paragraph "53" of the

Plaintiff's Complaint.

54. Defendant denies each and every allegation contained in paragraph "54" of the

Plaintiff's Complaint.

## THIRD CLAIM FOR RELIEF FOR VIOLATION OF THE FAIR STANDARDS ACT OF 1938, 29 U.S.CA.S. 207(A)(1)

55. Defendant repeats, reiterates and realleges each and every answer to the allegations

contained in paragraphs "1" through "54" with the same force and effect as if set

forth at length herein.

56. Defendant denies each and every allegation contained in paragraph "56" of the

Plaintiff's Complaint.

57. Defendant denies each and every allegation contained in paragraph "57" of the

Plaintiff's Complaint.

58. Defendant denies each and every allegation contained in paragraph "58" of the

Plaintiff's Complaint.

6

59. Defendant denies each and every allegation contained in paragraph "59" of the

Plaintiff's Complaint.


### FOURTH CLAIM FOR RELIEF – BREACH OF CONTRACT

60. Defendant repeats, reiterates and realleges each and every answer to the allegations

contained in paragraphs "1" through "59" with the same force and effect as if set

forth at length herein.

61. Defendant denies each and every allegation contained in paragraph "61" of the

Plaintiff's Complaint.


### FIFTH CLAIM FOR RELIEF –DISCRIMINATION IN VIOLATION OF N.Y.S. HUMAN RIGHTS LAW

62. Defendant repeats, reiterates and realleges each and every answer to the allegations

contained in paragraphs "1" through "61" with the same force and effect as if set

forth at length herein.

63. Defendant denies each and every allegation contained in paragraph "63" of the

Plaintiff's Complaint.

64. Defendant denies each and every allegation contained in paragraph "64" of the

Plaintiff's Complaint.

## SIXTH CLAIM FOR RELIEF—INTENTIONAL DEPRIVATION OF CIVIL RIGHTS

65. Defendant repeats, reiterates and realleges each and every answer to the allegations contained in paragraphs "1" through "64" with the same force and effect as if set forth at length herein.

66. Defendant denies each and every allegation contained in paragraph "66" of the Plaintiff's Complaint.

67. Defendant denies each and every allegation contained in paragraph "67" of the Plaintiff's Complaint.

68. Defendant denies each and every allegation contained in paragraph "68" of the Plaintiff's Complaint.

## SEVENTH CLAIM FOR RELIEF – AGE DISCRIMINATION IN VIOLATION OF ADEA

69. Defendant repeats, reiterates and realleges each and every answer to the allegations contained in paragraphs "1" through "68" with the same force and effect as if set forth at length herein.

70. Defendant denies each and every allegation contained in paragraph "70" of the Plaintiff's Complaint.

71. Defendant denies each and every allegation contained in paragraph "71" of the Plaintiff's Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

72. Plaintiff fails to state a claim upon which relief may be granted.

8

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

73. Plaintiff's claims are barred in whole or in part by the applicable statutes of

limitations.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

74. Plaintiff's claims are barred in whole or in part by the doctrines of waiver, laches

and/or collateral estoppel.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

75. Plaintiff's claimed are barred in whole or in part because he failed to exhaust his

administrative remedies, by failing to file a charge, as required by law.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

76. Plaintiff's state law claims are barred in whole or in part by the doctrine of election of

remedies.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

77. Plaintiff's claims are barred in whole or in part because he engaged in culpable

conduct.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

78. Plaintiff's claims are barred in whole or in part because he made false representations

to the New York State Unemployment Insurance Appeal Board.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

79. Plaintiff's claims are barred in whole or in part because an administrative agency

(New York State Department of Labor) rendered a final determination assessing his

penalty for his representation.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

80. Plaintiff's claims are barred in whole or in part because he failed to arbitrate his

claims as required under the Collective Bargaining Agreement.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

81. To the extent the claims involve the interpretation or enforcement of a Collective

Bargaining Agreement, those claims are pre-empted by Section 301 of the National

Labor Relations Act.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

82. Plaintiff's claims are barred in whole or in part, as Plaintiff is a bus driver and subject

to the Federal Motor Carrier Act regulations and exempt from the overtime

requirements under the Fair Labor Standards Act.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

83. At all times Defendant acted for lawful and legitimate non-discriminatory business

and economic reasons.

WHEREFORE, Defendant demands judgment dismissing the Plaintiff's

Complaint, together with the costs and disbursements of this action.

Dated: Syosset, New York
October 16, 2007

ALAN B. PEARL & ASSOCIATES, P.C.

By: _____
JOHN K. DIVINEY (JKD- 6836)
*Attorneys for Defendant*
Office & P.O. Address
6800 Jericho Turnpike - Ste. 218E
Syosset, NY   11791
(516) 921-6645

10